IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MINNIE L. LUST,

    Plaintiff,

  v.

KOHN LAW FIRM, S.C.,
JASON D. HERMERSMANN
and KIRK R. EMICK,

    Defendants.

Case No. 19-cv-32-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Minnie L. Lust against defendants Kohn Law Firm, S.C., Jason D. Hermersmann, and Kirk R. Emick in the amount of $7,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that defendants are enjoined from violating the Wisconsin Consumer Act's venue provisions contained in Wis. Stat. § 421.401 and the Wisconsin Small Claims Court procedures' service provisions contained in Wis. Stat. § 799.12(3).

Approved as to form this 19th day of February, 2019.

/s/
_____
James D. Peterson
District Judge

/s/
_____      February 19, 2019
Peter A. Oppeneer                              Date
Clerk of Court